DANIEL M. PETROCELLI (Bar No. 97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

RICHARD B. GOETZ (Bar No. 115666)
rgoetz@omm.com
ZOHEB P. NOORANI (Bar No. 253871)
znoorani@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOS ANGELES LAKERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:21-cv-02281-AB (MRWx) <br><br> **DEFENDANT FEDERAL INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** <br><br> Judge: Hon. Andre Birotte Jr. <br> Courtroom: 7B <br><br> Complaint filed: March 15, 2021 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant Federal Insurance Company, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant Federal Insurance Company is a wholly-owned subsidiary of Chubb INA Holdings Inc., which is 80% owned by Chubb Group Holdings Inc. and 20% owned by Chubb Limited. Chubb Group Holdings Inc. is a wholly-owned subsidiary of Chubb Limited. Chubb Limited is the ultimate parent and the only publicly traded company (NYSE: CB).

Dated: March 31, 2021

**O'MELVENY & MYERS LLP**
DANIEL M. PETROCELLI
RICHARD B. GOETZ
ZOHEB P. NOORANI

By: /s/ Richard B. Goetz
　　　Richard B. Goetz

Attorneys for Defendant
FEDERAL INSURANCE COMPANY