DANIEL M. PETROCELLI (S.B. # 97802)
  dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

RICHARD B. GOETZ (S.B. # 115666)
  rgoetz@omm.com
ZOHEB P. NOORANI (S.B. # 253871)
  znoorani@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant*
*Federal Insurance Company*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE LOS ANGELES LAKERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:21-cv-02281-AB-MRW<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>**Accompanying Documents:**<br>Memorandum<br>Proposed Order<br><br>Date: July 23, 2021<br>Time: 10:00 a.m.<br>Judge: Andre Birotte, Jr.<br>Courtroom: 7B<br><br>Complaint Filed: March 15, 2021 |

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 23, 2021, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 7B of the Honorable Andre Birotte, Jr., United States District Judge for the Central District of California, located at 250 West First Street, Los Angeles, California, 90012, Defendant Federal Insurance Company will and hereby does move the Court for an order dismissing Plaintiff's Complaint in its entirety with prejudice.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that the Complaint fails to state a claim against Defendant for declaratory judgment, breach of contract, or breach of the implied covenant of good faith and fair dealing.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the arguments of counsel, all pleadings and papers on file in this action, and such other further written and oral argument as may be presented to the Court at the hearing on this Motion or before the Court's decision.

This Motion is made following conference of counsel under Local Rule 7-3, which took place on April 15, 2021.

Dated:   April 29, 2021          **O'MELVENY & MYERS LLP**

DANIEL M. PETROCELLI
RICHARD B. GOETZ
ZOHEB P. NOORANI

By: */s/ Daniel M. Petrocelli*
      Daniel M. Petrocelli

*Attorneys for Defendant*
*Federal Insurance Company*

1
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS