# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOS ANGELES LAKERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:21-cv-02281-TJH (MRWx) <br><br> **ORDER CONTINUING FINAL PRETRIAL CONFERENCE  [70]** <br><br> Judge: Hon. Terry J. Hatter Jr. <br> Courtroom: 9B <br><br> [NOTE CHANGES MADE BY COURT] |

# ORDER

The Court has reviewed and considered the parties' Stipulation to Continue Final Pretrial Conference, and, for good cause shown, GRANTS the parties' Stipulation.

**IT IS HEREBY ORDERED** that:

1. The Final Pretrial Conference currently set for December 5, 2022 at 10:00 a.m. is continued to **May 15, 2023 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: NOVEMBER 23, 2022

_____
Hon. Terry J. Hatter Jr.
United States District Judge