DANIEL M. PETROCELLI (SB# 97802)
dpetrocelli@omm.com
LEAH GODESKY (SB# 336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

RICHARD B. GOETZ (SB# 115666)
rgoetz@omm.com
ZOHEB P. NOORANI (SB# 253871)
znoorani@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

(*Additional counsel listed on signature page*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOS ANGELES LAKERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-02281-TJH (MRW)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Terry J. Hatter Jr.<br>Courtroom: 9B |

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The Los Angeles Lakers, Inc. and Defendant Federal Insurance Company, by and through their respective counsel, hereby stipulate and agree to the voluntary dismissal of the above-captioned action with prejudice. Each side shall bear its own costs, expenses, and attorneys' fees.

Dated: June 12, 2024

**O'MELVENY & MYERS LLP**
DANIEL M. PETROCELLI
RICHARD B. GOETZ
LEAH GODESKY
ZOHEB P. NOORANI

By: /s/ Richard B. Goetz
     Richard B. Goetz

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

Dated: June 12, 2024

**PROSKAUER ROSE LLP**
KYLE A. CASAZZA (SB# 254061)
SHAWN S. LEDINGHAM (SB# 275268)
JOHN E. FAILLA (*pro hac vice*)
NATHAN R. LANDER (*pro hac vice*)

By: /s/ Kyle A. Casazza
     Kyle A. Casazza

Attorneys for Plaintiff
THE LOS ANGELES LAKERS, INC.

## STATEMENT OF AUTHORITY TO FILE

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

Dated: June 12, 2024

**O'MELVENY & MYERS LLP**
DANIEL M. PETROCELLI
RICHARD B. GOETZ
LEAH GODESKY
ZOHEB P. NOORANI


By: /s/ Richard B. Goetz
     Richard B. Goetz

Attorneys for Defendant
FEDERAL INSURANCE COMPANY